# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00421-CR

**Jacob Sanchez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2013-199, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant filed his notice of appeal on July 3, 2014. His brief was due on November 6, 2014. On November 14, 2014, this Court informed appellant's retained counsel that appellant's brief was overdue and that we would refer the matter to the trial court for a hearing if we did not receive a response by November 24, 2014.

To date, appellant's brief has not been filed and his counsel has not responded to our notice. We therefore abate the appeal. The trial court shall conduct a hearing to determine whether appellant wishes to pursue his appeal, whether appellant is indigent, and if he is not indigent, whether retained counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate findings and recommendations. *See* Tex. R. App. P. 38.8(b)(2), (3). If appellant still desires to appeal and the court finds that he is indigent, the court shall make

appropriate orders to ensure that appellant is adequately represented on appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records, including copies of all findings and orders and a transcription of the court reporter's notes, to be prepared and forwarded to this Court no later than February 17, 2015.

It is so ordered this 16th day of January, 2015.

Before Justices Puryear, Pemberton, and Field

Abated and Remanded

Filed: January 16, 2015

Do Not Publish

2